**Order entered October 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00801-CV

### BAYLOR MEDICAL CENTER AT IRVING, Appellant

### V.

### PAUL LESTER CHATMAN, II, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11612**

## ORDER

We **GRANT** appellant's October 6, 2016 unopposed third motion for an extension of time to file a brief in this accelerated appeal. We **ORDER** appellant to file, by **NOVEMBER 7, 2016**, either its brief or a motion to dismiss the appeal due to settlement.

/s/    CRAIG STODDART
          JUSTICE